PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Samuel Cureton                                           Cr.: 15-00605-001
                                                                          PACTS #: 1564091

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/06/2016

Original Offense:    Count One: Conspiracy to Distribute Cocaine Base, 21 U.S.C. 841(b)(1)(C), a Class C
                     Felony

Original Sentence: 37 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Alcohol/Drug Testing and Treatment, Gang Associate/Member,
Alcohol Restrictions, Gang Restriction Court Ordered

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/06/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    **You shall refrain from the illegal possession and use of drugs, including
                     prescription medication not prescribed in your name, and the use of
                     alcohol, and shall submit to urinalysis or other forms of testing to ensure
                     compliance. It is further ordered that you shall submit to evaluation and
                     treatment, on an outpatient or inpatient basis, as approved by the U.S.
                     Probation Office. You shall abide by the rules of any program and shall
                     remain in treatment until satisfactorily discharged by the Court. You shall
                     alert all medical professionals of any prior substance abuse history,
                     including any prior history of prescription drug abuse. The Probation
                     Officer shall supervise your compliance with this condition.**

                     On January 14, 2020, a home contact was conducted at the offender's residence.
                     He was drug tested and was positive for marijuana and opiates. When
                     questioned, he admitted to using marijuana and codeine "cough syrup" at a New
                     Year's Eve party.

2                    **The defendant shall not associate with any persons engaged in criminal
                     activity and shall not associate with any person convicted of a felony unless
                     granted permission to do so by the probation officer.**

                     On December 26, 2019, the offender went to the Monmouth County Jail to visit
                     a convicted felon, Jamal Wright, without first getting permission from the U.S.
                     Probation Office. When questioned, he admitted to visiting a friend on the above
                     noted date and location.

U.S. Probation Officer Action:

Mr. Cureton was given a verbal reprimand for using marijuana, codeine, and failing to notify the U.S. Probation Office of his contact with a convicted felon, Jamal Wright, at the Monmouth County Jail. Regarding violation number one, the offender admitted to using marijuana and codeine at a New Year's Eve party and with respect to violation number two, the offender went to the Monmouth County Jail to visit a friend who is pending a State prison sentence. He provided the U.S. Probation Officer with his name and based on that information, he does not appear to be a co-defendant in the case or have a pending case in federal court.

It should be noted that Mr. Cureton has generally complied with the standard and special conditions of his supervised release. He is currently attending Master Driving School in Paterson to obtain his Commercial Driver's License (CDL). In addition, he reports as directed and all previous drug tests administered have been negative.

Respectfully submitted,

*Afonso A. Fernandes/nm*
By: Afonso A. Fernandes
U.S. Probation Officer
Date: 01/16/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

January 17, 2020
_____
Date