PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Samuel Cureton  Cr.: 15-00605-001
PACTS #: 1564091

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/06/2016

Original Offense:   Count One: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine

Original Sentence: 37 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment - $100, Substance Abuse Testing, Drug/Alcohol Testing and Treatment, Alcohol Restrictions, Gang Restriction Court Ordered

Type of Supervision: Supervised Release           Date Supervision Commenced: 09/06/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1. | Samuel Cureton tested positive for marijuana on February 28, 2021. He signed an admission form stating that he ate a marijuana edible on February 12, 2021 to celebrate his birthday.

U.S. Probation Officer Action:
Samuel Cureton was verbally reprimanded for using marijuana. We discussed the consequences of continued use and he was advised that he will receive a written reprimand for his noncompliance. We will continue to conduct random urine screenings to monitor Mr. Cureton's compliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Maria Goodwater/SGM*
By:   MARIA GOODWATER
U.S. Probation Officer

Prob 12A – page 2
Samuel Cureton

/ mg

APPROVED:

*Suzanne Golda-Martinez*          *03/04/2021*
SUZANNE GOLDA-MARTINEZ          Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] No Formal Court Action to be Taken at This Time. This Notice Will Serve as a Written Reprimand (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

3/5/2021
Date